

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Carl Andrew Clark v. The State of Texas

Appellate case number:      01-17-00754-CR and
                            01-17-00756-CR

Trial court case number:    CR2012-224 and
                            CR2013-178

Trial court:                207th District Court of Comal County

On October 31, 2017, we abated these appeals, remanded the cases to the trial court, and directed the trial court to execute certifications of appellant's right to appeal indicating whether he has the right to appeal. The district clerk has filed, in each appeal, a supplemental clerk's record containing the trial court's certification of appellant's right to appeal, stating that the case "is not a plea-bargain case, and the defendant has the right of appeal." Accordingly, we REINSTATE the cases on the Court's active docket.

Appellant's brief is due to be filed in this Court no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: November 7, 2017